IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01608-BNB

MIGUEL ANGEL FACUNDO GUZMAN,

    Plaintiff,

v.

FLORENCE, COLORADO (USP),

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DEN'R, COLORADO

SEP 1 2 2007

GREGORY C. LANGHAM
                    CLERK

## ORDER OF DISMISSAL

Plaintiff Miguel Angel Facundo Guzman is in the custody of the United States Bureau of Prisons and currently is incarcerated at USP Florence. Plaintiff initiated this action by submitting to the Court a *pro se* Letter in which he complaints about the conditions of his confinement. In an order filed on July 31, 2007, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and instructed Plaintiff to cure certain deficiencies if he wished to pursue his claims.

Specifically, Magistrate Judge Boland ordered Plaintiff to file his claims on a Prisoner Complaint form and to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Plaintiff was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On August 9, 2007, Plaintiff filed the first four pages of the Prisoner Complaint form. He failed to file Pages Five through Eight and to submit a Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. As a result he has failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure all deficiencies.

DATED at Denver, Colorado, this 12 day of _____Sept._____, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01608-BNB

Miguel Angel Facundo-Guzman
Reg. No. 07603-010
USP - Florence
PO Box 7000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on  9/12/7

                        GREGORY C. LANGHAM, CLERK

By: _____
             Deputy Clerk